# Court of Appeals
# of the State of Georgia

ATLANTA,  April 22, 2025

*The Court of Appeals hereby passes the following order:*

**A25E0097.  YOLANDA BELL v. KIMBERLY M. NEWELL, CLERK OF SUPERIOR COURT OF BEN HILL COUNTY.**

Yolanda Bell, proceeding pro se, has petitioned this Court for a writ of mandamus ordering the Clerk of the Superior Court of Ben Hill County to transmit the appellate record to this Court at no cost to her due to her indigent status.[1] According to the exhibits attached to the petition, on April 10, 2025, Bell filed a "motion to compel transmission of appellate record due to indigency" in the superior court. On April 15, 2025, the superior court granted her motion and ordered the clerk of the court to transmit the record of the case to this Court without charge. Because Bell has obtained her requested relief, this petition is hereby DISMISSED AS MOOT.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  04/22/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.

---

[1] Bell previously filed a petition for a writ of mandamus (as amended) in this Court seeking the same relief, which we dismissed. See Case No. A25E0089.